AO91 (Rev. 12/03)  Criminal Complaint     FELONY      AUSA        United States Courts
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT

November 05, 2020

Southern District Of Texas Brownsville Division     David J. Bradley, Clerk of Court

UNITED STATES OF AMERICA                    **CRIMINAL COMPLAINT**
vs.

Jesus Antonio OCAMPO-Guerrero               Case Number: 1:20-MJ- 813
A097 672 785  Mexico

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief. On or about   November 03, 2020   in        Cameron        County, in

the                          Southern District Of Texas                          defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in
the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the
Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title        8        United States Code, Section(s)        1326(a)(1)/(b)(1)

I further state that I am a(n)        Border Patrol Agent        and that this complaint is based on the

following facts:

The defendant was encountered by Border Patrol Agents conducting Linewatch operations near Brownsville, Texas on
November 03, 2020. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from
the United States on October 26, 2020. The defendant was convicted of POSS CS PG  1 & AMP; 1 T on December 01, 2016.
Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United
States.

Defendant had $910.00 MXN in his possession at the time of his arrest.

Continued on the attached sheet and made a part of this complaint:     ☐ Yes    ☒ No

Signature of Complainant

Imbacuan, Gilbert    Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested
telephonically per Fed.R.Crim.P.4.1, on

November 05, 2020                                    at     Brownsville, Texas
Date                                                       City/State

Ignacio Torteya III              U.S. Magistrate Judge
Name of Judge                    Title of Judge              Signature of Judge