PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |

BY: ☒ COMPLAINT ☐ INFORMATION ☐ INDICTMENT

CASE NO. 1:20-MJ-813

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)
Southern District of Texas
Brownsville, Texas
Ignacio Torteya III
U.S. Magistrate Judge

Name and Office of Person Furnishing Information on THIS FORM: Hinojosa, Juan
U.S. Border Patrol
Phone No.

Name of Asst. U.S. Attorney (if assigned):

USA vs.
Defendant: Jesus Antonio OCAMPO-Guerrero
Address: [redacted], Matamoros, Tamaulipas, Mexico

United States Courts
Southern District of Texas
FILED
November 05, 2020
David J. Bradley, Clerk of Court

Birth Date: [redacted]/1978
☒ Male ☐ Female
☒ Alien (if applicable)

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
U.S. Border Patrol, Brownsville, Texas

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: Brownsville, Texas

## DEFENDANT

Issue: ☐ Warrant ☐ Summons

Location Status:
Arrest Date 11/03/2020 or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
   ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Has a Detainer been filed?
☒ Yes ☐ No

Defense Counsel (if any): _____
☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

| OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS |

Total # of Counts _____

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 8 USC 1326(a)(1)/(b)(1) | Re-Entry After Deport Felon ROUTINE | |