IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA

VS.                                                                                    CAUSE NO. 20-MJ-813

Ocampo-Guerrero, Jesus Antonio                             A#   097 672 785

## NOTICE OF DEMAND FOR RETURN OF CURRENCY

The above named Defendant in a case now pending before the Magistrate's Court in Brownsville, Texas hereby gives notice to and informs the Court, the United States Attorney's Office for the Southern District of Texas and Arresting Agency, be it Border Patrol, United States Customs, Immigration and Customs Enforcement, Customs and Border Protection or other agency as appropriate, that the Defendant had currency in his/her possession and he/she hereby demands that these funds be returned to him/her. The Defendant does not and has not abandoned these funds.

## PETICION DE REEMBOLSO DE DINERO

El Acusado que se nombra en la presente en un caso pendiente ante el Tribunal del Magistrado de Brownsville, Texas por medio de la presente notifica e informa al Tribunal, a la Oficina del Fiscal de los Estados Unidos del Distrito Sur de Texas y a la autoridad que lo arrestó, ya sea la Patrulla Fronteriza, Aduanas de los Estados Unidos, Aduanas e Inmigración, Aduanas y Protección Fronteriza u otra oficina a cargo, que el Acusado tenía dinero en su posesión y por medio de la presente exige que dichos fondos se le sean regresados. El Acusado ni abandonó ni ha abandonado dichos fondos.

Done this 5th day of November, 2020, at Brownsville, Texas.